IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES HOPKINS**  **PETITIONER**
**#83221**

V.  No. 4:24-cv-266-DPM

**STATE OF ARKANSAS and**
**ARKANSAS DEPARTMENT**
**OF CORRECTIONS**  **RESPONDENTS**

## JUDGMENT

Hopkins's amended petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2024